IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>vs.<br><br>**SAMUEL JAMES COLLINS,**<br><br>Defendant. | CR 24-05-H-BMM<br><br>**AMENDED PRELIMINARY ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Amended Motion for Preliminary Order of Forfeiture. The Court having read the Motion and being fully advised in the premises finds:

THAT the defendant, Samuel James Collins, pleaded guilty to count 2 of the indictment, which provides a factual basis and cause to issue a forfeiture order forfeiting the property listed in the Appendix to the Plea Agreement under 18 U.S.C. § 924(d).

THAT prior to the disposition of the asset, the United States Marshal's Service, the Bureau of Alcohol, Tobacco, Firearms and Explosives, or a designated sub-custodian, is required to seize the forfeited property.

**THEREFORE, IT IS ORDERED, DECREED AND ADJUDGED:**

THAT Collins' interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 924(d):

1. Sig Sauer, model P365, 9mm caliber pistol with serial number 66A674278;
2. Six rounds of 9mm caliber ammunition; and
3. Assorted ammunition and accessories.

THAT the United States Marshal's Service, the Bureau of Alcohol, Tobacco, Firearms and Explosives, or a designated sub-custodian, is directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to Title 26, United States Code, Section 5872(b), and to make its return to this Court that such action has been completed;

/ / /

/ / /

/ / /

THAT upon adjudication of all third-party interests, if any, the Court will enter a Final Order of Forfeiture.

DATED this 20th day of August 2024.

_____
Brian Morris, Chief District Judge
United State District Court