IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SAMUEL JAMES COLLINS,<br><br>Defendant. | CR 24-05-H-BMM<br><br>AMENDED ORDER |

THIS MATTER comes before the Court on the United States' Unopposed Motion for a Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 924(d);

2. An Amended Preliminary Order of Forfeiture was entered on August 20, 2024;

3.	All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4.	There appears to be cause to issue a forfeiture order under 18 U.S.C. § 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1.	The Motion for an Amended Final Order of Forfeiture is GRANTED.

2.	Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 924(d), free from the claims of any other party:

- Six rounds of 9mm caliber ammunition; and
- Assorted ammunition and accessories.

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

IT IS FURHTER ORDERED that the Sig-Sauer P365 9mm caliber pistol (serial number 66A674278) shall be returned to Mr. Isaac Scansen, who the government has identified as the true owner of this firearm. Further, the government has confirmed that Mr. Scansen is not prohibited from possessing firearms.

DATED this 19th day of December 2024.

*[Signature: Brian Morris]*

Brian Morris, Chief District Judge
United State District Court